UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| F5 CAPITAL : <br> : <br> Plaintiff, : <br> : <br> vs. : <br> : <br> RBS SECURITIES INC., and THE : <br> DEPOSITORY TRUST COMPANY : <br> : <br> Defendants. : | Case No. 14-cv-1469-VLB <br><br><br><br><br><br> March 16, 2015 |

### MOTION TO WITHDRAW

Smyser Kaplan & Veselka, L.L.P., and Larry R. Veselka, Ty Doyle, and Hector Chavez ("Withdrawing Counsel"), hereby respectfully move the Court, pursuant to D. Conn. L. Civ. R. 7(e), for permission to withdraw as of counsel for F5 Capital ("Plaintiff"), and as grounds therefore, would show and state to the Court as follows:

1.  This matter was filed in the United States District Court for the District of Connecticut on October 3, 2014.

2.  Plaintiff has been notified of counsel's withdrawal, *see* attached Exhibit A, and will proceed in this matter with his lead counsel from Wolf, Haldenstein, Adler, Freeman & Herz, as well as local counsel from Hurwitz Sagarin Slossberg & Knuff. Attorneys from Wolf, Haldenstein, Adler, Freeman & Herz have already been admitted to practice *pro hac vice* before the Court in this action, *see* Dkt. 36-38, while attorneys from Hurwitz Sagarin Slossberg & Knuff

have previously entered appearances in this action on behalf of Plaintiff, *see* Dkt. 5-6.

WHEREFORE, PREMISES CONSIDERED, Larry R. Veselka and the firm of Smyser Kaplan & Veselka, L.L.P. request the Court approve the withdrawal and removal of Larry R. Veselka, Ty Doyle, and Hector Chavez as of counsel for Plaintiff from the Court's service list in this matter.

Respectfully submitted,

SMYSER KAPLAN & VESELKA, L.L.P.


By:    */s/ Larry R. Veselka*
      Larry R. Veselka (phv07270)
      Ty Doyle
      Hector Chavez
      700 Louisiana Street, Suite 2300
      Houston, Texas 77002
      Tel: (713) 221-2300
      Fax: (713)221-2320
      lveselka@skv.com

**ATTORNEYS FOR PLAINTIFF F5 CAPITAL**

## CERTIFICATE OF SERVICE

This is to certify that on March 16, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

      */s/ Larry R. Veselka*
      Larry R. Veselka

3