UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| F5 CAPITAL,<br><br>    Plaintiff,<br><br>v.<br><br>RBS SECURITIES, INC., and THE DEPOSITORY TRUST COMPANY,<br><br>    Defendants. | : <br>: CIVIL CASE NO. 3:14-cv-1469-VLB<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## JUDGMENT

This action having come before the Court on defendant RBS Securities, Inc.'s motion to dismiss before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued a memorandum granting the motion to dismiss; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered for the defendants and this case is closed.

Dated at Hartford, Connecticut, this 11th day of July, 2016.

ROBIN D. TABORA, Clerk

By   /s/CEF
    Chester E. Fernández
    Deputy Clerk

EOD: 07/11/16